**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

CPK
F.#2008R00983

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

February 10, 2011

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Jian Hu and Lin F. Hu
    08 CR 425(BMC)

Dear Judge Cogan:

  The government respectfully submits this letter to request that the judgments be amended to correct an error in the restitution portion of the judgments. At page 5 of the Judgments for Jian Hu and Lin Hu under criminal monetary penalties, total restitution is listed as $14,920 which is correct. However, under payees, the judgment states:

Polo Ralph Lauren    $495.00
Coalition to Advance
Protection of Sports CAPS $14,425.00

This judgment entry reverses the proper payees for restitution. At sentencing, restitution was ordered to be made to:

Polo Ralph Lauren    $14,425.00
Coalition to Advance
Protection of Sports CAPS  495.00

Accordingly, the government requests that amended judgments for

2

Jian Hu and Lin Hu with the proper amounts of restitution for the two companies be issued.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                United States Attorney

                    By:  */s/ Charles P. Kelly*
                         CHARLES P. KELLY
                         Assistant U. S. Attorney
                         631-715-7866

cc:  Clerk of the Court (BMC)

     Howard Schwartz, Esq. w/enclosures
     50 Court Street
     Suite 506
     Brooklyn, New York 11201


     Todd Greenberg, Esq. w/enclosures
     Addabo & Greenberg
     118-21 Queens Boulevard
     Suite 306
     Forest Hills, New York 11375